UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH EIESS,<br><br>    Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK,<br><br>    Defendant. | Case No. 19-cv-00108-EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE BUT GRANTING ALTERNATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>Docket No. 38 |

Plaintiff has moved to strike certain portions of Defendant's reply brief submitted in support of its motion to compel arbitration. According to Plaintiff, Defendant waived the right to make an argument related to delegation because it was not raised in Defendant's opening brief. In the alternative, Plaintiff asks for leave to file a sur-reply to address Defendant's delegation argument. The Court hereby **DENIES** the motion to strike but **GRANTS** the alternative motion for leave to file a sur-reply. The sur-reply shall be limited to three (3) pages in length and shall be filed by June 27, 2019.

This order disposes of Docket No. 38.

**IT IS SO ORDERED**.

Dated: June 26, 2019

                                                  EDWARD M. CHEN
                                                  United States District Judge