UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH EIESS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>USAA FEDERAL SAVINGS BANK,<br><br>　　　　　　Defendant. | Case No. 19-cv-00108-EMC<br><br>**JUDGMENT** |

　　On December 10, 2019, the Court issued its Order Granting Plaintiff's Notice of Dismissal (*see* Order, Docket No. 50). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment. The Clerk of Court shall close the file in this matter.

　　**IT IS SO ORDERED**.

Dated: December 10, 2019

_____
EDWARD M. CHEN
United States District Judge